No. 22270.

WILLIAM C. RUSSELL, JR., ET AL. *v.*
BEVERLY WHEELER, ET AL.
(413 P.2d 700)

Decided April 21, 1966.

ALBERT B. DAWKINS, ROBERT E. HOLLAND and RICHARD
D. GILSON, for plaintiffs in error.

JOHN W. LENTZ, RAYMOND J. CODY, for defendants in
error.

*En Banc.*

PER CURIAM.

THE matter before us concerns the question of whether
this Court has the jurisdiction to review upon writ of
error the judgment of the county court of Gilpin County
in a school bond election contest, or whether appellate

review of this judgment must be had first in the District Court of Gilpin County. We hold that the proper place to seek review of such judgment is in this Court.

We have recently held that the proper forum for trial of school election contests is the county court under present statutes. *Rowland v. Theobald, et al.*, 159 Colo. 1, 409 P.2d 272. *Theobald v. District Court*, 159 Colo. 7, 409 P.2d 274.

It is true that Section 36 (1), Chapter 45, Session Laws of Colorado 1964, provides that appeals from county courts shall be taken to the district courts. This is a statute general in nature.

The statutes relating to school bond elections provide that the practice and procedure for contested elections for county officers shall apply to school bond election contests insofar as applicable. Contests for county officers are tried in the District Court with appellate review by writ of error to this Court. There is one trial and one appeal. We hold that there has been created by the applicable statutes a specific exception to the general statute with regard to review of county court judgments in the case of school bond election contests. The proper procedure to obtain review of such county court judgments is by writ of error to this Court.